UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Charnjit S., | File No. 26-cv-926 (ECT/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| David Easterwood, *Director of St. Paul Field Office, U.S. Immigration and Customs Enforcement*; Kristi Noem, *Secretary of the U.S. Department of Homeland Security*; Pamela Bondi, *Attorney General of the United States*; and Todd M. Lyons, *Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement*, | |
| Respondents. | |

Petitioner Charnjit S. has filed a Motion for Temporary Restraining Order and Preliminary Injunction, ECF No. 5, seeking to enjoin the Department of Homeland Security from removing Petitioner from the United States until his Petition for Writ of Habeas Corpus, ECF No. 1, is decided. Having reviewed the Petition, Motion, Memorandum of Law, and other evidence submitted in support of the Motion, and in accordance with Federal Rule of Civil Procedure 65, **IT IS ORDERED THAT:**

1. Petitioner's Motion for a Temporary Restraining Order and Preliminary Injunction [ECF No. 5] is **DENIED WITHOUT PREJUDICE** to the Motion's reconsideration when the matter is fully briefed pursuant to the February 1, 2026 Order [ECF No. 3]; and

2

2. The Parties' briefing should address whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *M.M. v. Shea*, No. 25-cv-2830 (LMP/ECW) (D. Minn. Aug. 1, 2025), ECF No. 24.

Dated: February 5, 2026            s/ Eric C. Tostrud
                                   Eric C. Tostrud
                                   United States District Court