UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Charnjit S., | File No. 26-cv-926 (ECT/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| David Easterwood, *Director of St. Paul Field Office, U.S. Immigration and Customs Enforcement*; Kristi Noem, *Secretary of the U.S. Department of Homeland Security*; Pamela Bondi, *Attorney General of the United States*; and Todd M. Lyons, *Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement*, | |
| Respondents. | |

---

On February 1, 2026, Petitioner Charnjit S. filed a Verified Petition for a Writ of Habeas Corpus, seeking his release from custody. ECF No. 1. On February 8, 2026, Respondents filed an answer stating that "[Charnjit] was released from custody on February 7, 2026 at 7:50 P.M." ECF No. 9. On February 13, 2026, Charnjit filed a response, confirming his release and stating that he "does not oppose dismissal without prejudice." *See* ECF No. 13. Accordingly, based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. Petitioner Charnjit S.'s Verified Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED AS MOOT**; and

2.     The action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 18, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court