# UNITED STATES DISTRICT COURT
## District of Minnesota

Charnjit Singh,

Petitioner,

v.

David Easterwood, Kristi Noem, Pamela Bondi, Todd M. Lyons,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26cv926 ECT/DLM

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Charnjit S.'s Verified Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED AS MOOT**; and

2. The action is **DISMISSED WITHOUT PREJUDICE**.

Date: 2/19/26

KATE M. FOGARTY, CLERK